| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>CURLEY, SARAH S. | 2. Court or Organization<br><br>U.S. BANKRUPTCY COURT, D. AZ | 3. Date of Report<br><br>05/02/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. BANKRUPTCY JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>230 N FIRST AVENUE<br>SUITE 101<br>PHOENIX, AZ 85003-1727 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐    NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | EXECUTIVE COMMITEE | ABA JUDICIAL DIVISION -NATIONAL CONFERENCE OF FEDERAL TRIAL JUDGES |
| 2. | PRESIDENT | ARIZONA BANKRUPTCY AMERICAN INN OF COURT |
| 3. | BUDGET ADVISORY COMMITTEE | NATIONAL CONFERENCE OF BANKRUPTCY JUDGES |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑    NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CURLEY, SARAH S. | 05/02/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. FALL, 2012 | ASU LAW SCHOOL - TEACHING | $3,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NATIONAL CONFERENCE OF BANKRUPTCY JUDGES | 08/02/2012 - 08/05/2012 | CHICAGO, IL | PARTIAL REIMBURSEMENT FOR ATTENDANCE AT ABA ANNUAL MEETING | TRANSPORTATION AND ROOM |
| 2. | AMERICAN BAR ASSOCIATION | 08/02/2012 - 08/05/2012 | CHICAGO, IL | PARTIAL REIMBURSEMENT FOR ATTENDANCE AT ABA ANNUAL MEETING | TRANSPORTATION AND ROOM |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CURLEY, SARAH S. | 05/02/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CURLEY, SARAH S. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AXA EQUITABLE | A | Interest | K | T | | | | | |
| 2. IRA ACCOUNT, WELLS FARGO BANK | C | Int./Div. | N | T | | | | | |
| 3. -WELLS FARGO MONEY MARKET ACCT. | | | | | | | | | |
| 4. -WELLS FARGO ADV. TOTAL RETURN BOND FUND (MNTRX) | | | | | | | | | |
| 5. -MFS SER. TR. VALUE (MSFRX) | | | | | | | | | |
| 6. -HARTFORD INFLATION PLUS FUND, CLASS A (HIPAX) | | | | | | | | | |
| 7. -HARTFORD MTL MIDCAP VALUE, CLASS A (HMVAX) | | | | | | | | | |
| 8. -CD'S | | | | | | | | | |
| 9. -COMMON STOCK -RESEARCH IN MOTION LIMITED (RIMM) | | | | | | | | | |
| 10. -COMMON STOCK - PEPSICO (PEP) | | | | | | | | | |
| 11. -COMMON STOCK - MEDICIS PHARMACEUTICAL, CLASS A (MRX) | | | | | Redeemed | 12/31/12 | J | | |
| 12. SHS CISCO COMMON STOCK | A | Dividend | K | T | | | | | |
| 13. WELLS FARGO MONEY MARKET FUND A | A | Interest | J | T | | | | | |
| 14. IRA ACCOUNT, US BANK | D | Int./Div. | N | T | | | | | |
| 15. -US BANK MONEY MARKET ACCT | | | | | | | | | |
| 16. -HARTFORD INFLATION PLUS FUND, CLASS A (HIPAX) | | | | | | | | | |
| 17. -HARTFORD FUNDS MIDCAP VALUE, CLASS A (HMVAX) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CURLEY, SARAH S. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -HARTFORD FUNDS GLOBAL HEALTH FUND, CLASS A (HGHAX) | | | | | | | | | |
| 19. -HARTFORD FUNDS CHECKS & BALANCES, CLASS A (HCKAX) | | | | | Sold (part) | 11/08/12 | M | | |
| 20. -CD's | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CURLEY, SARAH S. | 05/02/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, I have no longer listed any of the Northern Lts. Arrow Holdings. The series of purchases and sales were initially only part of the portfolio. However, in June 2011, the sale transactions liquidated the entire portfolio. (See Lines 8 and 9 of the 2011 Report.)

In Part VII, I have no longer listed any of the Hartford Funds Growth, Class A, having purchased, sold n part, and then liquidated all of the holdings in July 2011. (See Lines 21, 24, and 28 of 2011 Report.) I also have not listed Hartford Funds Total Return Bond Fund, since that also was sold, in part, and then fully liquidated in July 2011. (See Lines 22 and 30 of 2011 Report.) Hartford Funds Capital Appreciation Fund was also fully liquidated in 2011. (See Line 32 of 2011 Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ SARAH S. CURLEY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544